**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

Case No.: 26−41406 − WJF
Chapter: 7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jose Luis Ramirez

9 West Franklin Avenue #306
Minneapolis, MN 55404

Social security/Taxpayer ID/Employer
ID/Other Nos.: xxx−xx−9182

---

**NOTICE TO FILE CLAIMS**

The initial notice in this case instructed creditors that is was not necessary to file a proof of claim. Since that notice was sent, payment of a dividend appears possible in this case. Accordingly, pursuant to Bankruptcy Rule 3002(c)(5), creditors are hereby notified that proofs of claim must be filed by 12/14/2026, or, for governmental units, within 180 days from the date of the Order for Relief or 12/14/2026, whichever is later.

A Proof of Claim form ("Official Form B410") can be obtained from the United States Courts' website https://www.uscourts.gov. Form B410 may be filed by regular mail or electronically on the Minnesota Bankruptcy Court's website https://www.mnb.uscourts.gov.

There is no fee for filing the proof of claim.

Dated: 9/9/26

Tricia Pepin
Clerk, U.S. Bankruptcy Court
301 Diana E. Murphy United States Courthouse
300 Sourth Fourth Street
Minneapolis, MN 55415

BY: admin
Deputy Clerk

mnbflclm 4/26

United States Bankruptcy Court

District of Minnesota

In re: Case No. 26-41406-WJF

Jose Luis Ramirez Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0864-4 User: admin Page 1 of 2

Date Rcvd: Sep 09, 2026 Form ID: mnbflclm Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Jose Luis Ramirez, 9 West Franklin Avenue #306, Minneapolis, MN 55404-2594 |
| intp | + | American National Bank, c/o Jellum Law, P.A., 7616 Currell Blvd, Suite 245, Woodbury, MN 55125-2295 |
| 63647519 | + | American National Bank, 903 Washington Avenue South, Minneapolis, MN 55415-1286 |
| 63647524 | + | City & County Employees Credit Union, Attn: Bankruptcy, 144 East 11 St, Saint Paul, MN 55101-2380 |
| 63647528 | + | Jellum Law PA, 7616 Currel Blvd Suite 245, Saint Paul, MN 55125-2295 |
| 63647533 | + | Patino King & Yost, 1400 Van Buren Street NE, Minneapolis, MN 55413-4605 |
| 63647535 | + | United Ecu/lending Sol, 6789 Upper Afton Rd, Woodbury, MN 55125-2154 |
| 63647539 | + | Western Bank, 8990 W Dodge Rd, Omaha, NE 68114-3329 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 63647518 | | Email/Text: scs@alerus.com | Sep 09 2026 22:09:00 | Alerus Financial, Po Box 6001, Grand Forks, ND 58202 |
| 63647520 | + | EDI: CAPITALONE.COM | Sep 10 2026 02:01:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 63647521 | | EDI: CAPONEAUTO.COM | Sep 10 2026 02:01:00 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 63647522 | + | EDI: JPMORGANCHASE | Sep 10 2026 02:01:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 63647523 | + | EDI: CITICORP | Sep 10 2026 02:01:00 | Citi Card/Best Buy, Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 63647529 | | EDI: CITICORP | Sep 10 2026 02:01:00 | MacY's/ Dsnb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 63647525 | + | EDI: DISCOVER | Sep 10 2026 02:01:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 63647526 | | Email/Text: bankruptcy.notices@hdfsi.com | Sep 09 2026 22:09:00 | Harley Davidson Financial, Attn: Bankruptcy, PO Box 22048, Carson City, NV 89721-2048 |
| 63647527 | + | EDI: IRS.COM | Sep 10 2026 02:01:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 63647530 | + | EDI: MERCEDES | Sep 10 2026 02:01:00 | Mercedes-Benz Financial, Attn: Bankruptcy, PO Box 961, Roanoke, TX 76262-0961 |
| 63647531 | + | EDI: MINNDEPREV.COM | Sep 10 2026 02:01:00 | Minnesota Department of Revenue, PO Box Box 64447, Saint Paul, MN 55164-0447 |
| 63647532 | + | EDI: MINNDEPREV.COM | Sep 10 2026 02:01:00 | Minnesota Department of Revenue, PO Box 64447, Saint Paul, MN 55164-0447 |
| 63647534 | | EDI: SYNC | | |

| | | | |
|---|---|---|---|
| | | Sep 10 2026 02:01:00 | Syncb/Ccdstr, Attn: Bankruptcy, P.O. Box 965065, Orlando, FL 32896-5060 |
| 63647536 | + EDI: VERIZONCOMB.COM | Sep 10 2026 02:01:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr , Ste 599, Weldon Springs, MO 63304-2225 |
| 63647537 | + EDI: WFHOME | Sep 10 2026 02:01:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus 3rd Floor, Des Moines, IA 50328-0001 |
| 63647538 | + EDI: WFAUTO | Sep 10 2026 02:01:00 | Wells Fargo Dealer Services, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John W Kuehl | on behalf of Interested Party American National Bank john.kuehl@jellumlaw.com |
| Lindsay W Cremona | on behalf of Interested Party American National Bank lindsay.cremona@aj-law.com jaden.cusick@jellumlaw.com;desirae.lenss@jellumlaw.com |
| Matthew D. Swanson | 7trustee@greensteinsellers.com MN29@ecfcbis.com |
| Nicole L. Anderson | on behalf of Debtor 1 Jose Luis Ramirez nicole@atlawhelp.com amber@atlawhelp.com;NicoleAndersonLawLLC@jubileebk.net |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 5